290

(118 SE2d 378). In this connection compare the provisions of § 13A of the Civil Practice Act (*Code Ann.* § 81A-113). *Judgment affirmed in each case. All the Justices concur.* ARGUED APRIL 15, 1969—DECIDED MAY 8, 1969.

*Brown & Dollar, James R. Dollar, Robert J. James, Jr., Johnson & Lane, Harold A. Lane,* for appellants.

*Robert J. Noland, Noland & Coney, Troutman, Sams, Schroder & Lockerman, T. M. Smith, G. Dean Booth, Jr.,* for appellee.

25053. GENERAL MOTORS CORPORATION v. FRIEND et al.

PER CURIAM. On further consideration of the record in the present case, this court has reached the conclusion that the application for the writ of certiorari to the Court of Appeals was improvidently granted. Accordingly, it is
*Dismissed. All the Justices concur, except Almand, P. J., Undercofler and Frankum, JJ., who dissent.*
ARGUED FEBRUARY 10, 1969—DECIDED MAY 9, 1969—REHEARING DENIED MAY 22, 1969.

*Greene, Buckley, DeRieux, Moore & Jones, Ferdinand Buckley, James A. Eichelberger, Ross L. Malone, Otis M. Smith,* for appellant.

*Alford Wall, John Skinner, Neely, Freeman & Hawkins,* for appellees.

ALMAND, Presiding Justice, dissenting. For the reasons given in the dissenting opinion of Judges Pannell, Quillian and Whitman, I would reverse the judgment of the Court of Appeals.

25054. GENERAL MOTORS CORPORATION v. FRIEND et al.

PER CURIAM. On further consideration of the record in the present case, this court has reached the conclusion that the appli-

cation for the writ of certiorari to the Court of Appeals was improvidently granted. Accordingly, it is

*Dismissed. All the Justices concur, except Almand, P. J., Undercofler and Frankum, JJ., who dissent.*

ARGUED FEBRUARY 10, 1969—DECIDED MAY 9, 1969—
REHEARING DENIED MAY 22, 1969.

*Greene, Buckley, DeRieux, Moore & Jones, Ferdinand Buckley, James A. Eichelberger, Ross L. Malone, Otis M. Smith,* for appellant.

*Alford Wall, John Skinner, Neely, Freeman & Hawkins,* for appellees.

ALMAND, Presiding Justice, dissenting. For the reasons given in the dissenting opinion of Judges Pannell, Quillian and Whitman, I would reverse the judgment of the Court of Appeals.

25112. SOUTHERN RAILWAY COMPANY v.
OVERNITE TRANSPORTATION COMPANY.

UNDERCOFLER, Justice. When this case was here previously, we affirmed the judgment of the trial court and held that *Code Ann.* § 114-403 (Ga. L. 1963, pp. 141, 145) is constitutional as against the numerous attacks made on its validity by the demurrers of Southern Railway Co. *Southern R. Co. v. Overnite Transportation Co., 223 Ga. 825 (158 SE2d 387).* Overnite then filed a motion for summary judgment in the trial court with an affidavit attached. Southern responded to this motion by amending its answer and again asserting that *Code Ann.* § 114-403 is unconstitutional. Southern did not submit any evidence under the facts alleged therein in opposition to the motion for summary judgment. The trial judge granted Overnite's motion for summary judgment and Southern appeals to this court. *Held:*

1. The appellant insists that it is entitled to introduce evidence in support of its amended answer and to show that *Code Ann.* § 114-403 is unconstitutional under the facts alleged therein. In our opinion the constitutional attacks in the instant case raise questions of law only. These were fully considered and decided adversely to appellant in *Southern R. Co. v. Over-*